So Ordered.

Dated: October 2, 2023



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>Ellie Y. Freeman,<br>　　　　　Debtor. | Chapter 7<br>Case No. 22-24727-kmp |

| | |
|---|---|
| Ellie Y. Freeman,<br>　　　　　Plaintiff,<br><br>v.<br><br>United States Department of Education,<br>　　　　　Defendant. | Adv. No. 23-2033 |

**ORDER DETERMINING STUDENT LOAN OBLIGATION DISCHARGED
PURSUANT TO 11 U.S.C. § 523(a)(8)**

　　Upon the Stipulation and Motion for Entry of Order Determining Student Loan Obligation Discharged Pursuant to 11 U.S.C. § 523(a)(8) between Ellie Y. Freeman (the "Plaintiff") and the United States Department of Education,

　　IT IS HEREBY ORDERED that the Plaintiff's student loan obligation to the United States Department of Education is discharged pursuant to 11 U.S.C. § 523(a)(8).

　　IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly.

　　　　　　　　　　　　　　　　#####